# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** THERESA KEPPLE
**Case Number:** 16-24304-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 12, 2018 09:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/16/18 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#40 Amended Plan Dated 12/6/2017 (NFC)
[Trustee: As of 4/6/18 the Order setting hrg appears unserved]
R / M #: 40 / 0

### *Appearances:*

Debtor: Wright
Trustee: Winnecour / Pail / Katz / (DeSimone)

Working on reverse mortgage

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _July 12 2018_ at _9:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: