IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Theresa Kepple | : | Case No. 16-24304CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Specialized Loan Servicing LLC, as | : | |
| Servicer for Wilmington Savings Fund | : | |
| Society, FSB, DBA Christian Trust, | : | |
| Not in its individual capacity, but | : | |
| Solely in its capacity as Owner | : | |
| Trustee for WF 19 Grantor Trust, its | : | |
| Successors and/or assig | : | |
| | : | Related to Document #68 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Theresa Kepple, Robert D. Kepple Sr. | : | |
| And Ronda J. Winnecour, Trustee | : | Hearing Date 6/20/18 |
| Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

The Response that was filed in the above-referenced case on April 30, 2018 (document #71) is hereby WITHDRAWN.

Respectfully submitted

5/21/18                         /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Theresa Kepple | : | Case No. 16-24304CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Specialized Loan Servicing LLC, as | : | |
| Servicer for Wilmington Savings Fund | : | |
| Society, FSB, DBA Christian Trust, | : | |
| Not in its individual capacity, but | : | |
| Solely in its capacity as Owner | : | |
| Trustee for WF 19 Grantor Trust, its | : | |
| Successors and/or assig | : | |
| | : | Related to Document #68 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Theresa Kepple, Robert D. Kepple Sr. | : | |
| And Ronda J. Winnecour, Trustee | : | Hearing Date 6/20/18 |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by United States First Class mail, postage prepaid:

James C. Warmbrodt, Esquire
KML Law Group P.C.
701 Market Street Suite 5000
Philadelphia PA 19106

Theresa kepple
229 Moran Road
Butler PA 16002

Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh PA 15237

5/21/18                             /S/ Dianne DeFoor___
date                                Office of the Chapter 13 Trustee
                                    US Steel Tower – Suite 3250
                                    600 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 471-5566