PROCEEDING MEMO

Date:  7/18/2018   10:00 a.m.

In re: Theresa Kepple

Bankruptcy No. 16-24304-CMB
Chapter: 13
Doc. # 78

Appearances:  ~~Shawn N. Wright~~  Audrey Rasmussen

Movant(s): James C. Warmbrodt  for Specialized Loan Servicing

Respondents:  ~~Winnecour~~/ Pail /~~Katz~~/ ~~DeSimone~~

Creditor(s):

Nature of Proceeding:  #78 Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC

Additional Pleadings:  Certificate of Service;  #81 Response by Ch. 13 Trustee
#83 Debtor's Response

Judge's Notes:

Outcome:

Per Mr. Warmbrodt, the plan does not provide for the mortgage; there is in excess of $63k equity in the property; Debtor has allegedly decided to sell property and needs some time to get a realtor in place.  The Court directed that this property must be listed IMMEDIATELY.  Per Debtor's counsel, she will instruct Debtor to list the property immediately.  Per the trustee, there is $39k of non-exempt equity. Cont'd to Oct. 10, 2018 at 10:00 a.m.  If the Debtor is not making plan payments, they should amend the plan.  The realtor must be appointed asap.

_____ Motion is GRANTED     _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED          Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED          Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:     Movant(s) brief due _____days
                              Respondent(s) brief due _____days
                              Trustee's brief due _____days

Carlota M. Böhm
U.S. Bankruptcy Judge

**FILED**

JUL 18 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-24304-CMB
Theresa Kepple                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw            Page 1 of 1              Date Rcvd: Jul 18, 2018
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.
db             +Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.
               as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Theresa  Kepple shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                             TOTAL: 6