## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | THERESA KEPPLE |
| **Case Number:** | 16-24304-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 11, 2018 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/11/18 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#40 - Continued Confirmation of Plan Dated 12/6/2017 (NFC)
R / M #:  40 / 0

*Appearances:*

Debtor: Wright
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __1/10/19__ at __9:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Continued pending resolution of relief from stay (12/18 before Judge Bohm)

10/3/2018   4:07:30PM