# PROCEEDING MEMO

**Date:** 10/10/2018 10:00 a.m.

**In re:** Theresa Kepple

                                                      Bankruptcy No. 16-24304-CMB
                                                      Chapter: 13
                                                      Doc. # 78

**Appearances:** Shawn N. Wright, ~~Audrey Rasmussen~~

**Movant(s):** James Warmbrodt

**Respondents:** ~~Winnecour / Raiff / Katz~~ / DeSimone

**Creditor(s):**

**Nature of Proceeding:** # 78 Continued Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC

**Additional Pleadings:** #81 Response by Ch. 13 Trustee; #83 Response by Debtor (all filed previously)

**Judge's Notes:**

**Outcome:**

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED \_\_\_\_\_ Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED \_\_\_\_\_ Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER: \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of \_\_\_\_\_
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed: Movant(s) brief due \_\_\_\_\_ days
                           Respondent(s) brief due \_\_\_\_\_ days
                           Trustee's brief due \_\_\_\_\_ days

Fair amount of equity in property. Property to be sold.
Wright: had a realtor go out to property. Realtor reported a lot of items on the property and needs to be cleaned out. May require a drop dead date to employ broker.
Court: previously directed in July that property to be listed immediately. Ready to convert this case.
DeSimone: arrearages over $20,000.
Cont to Nov 7 at 11am. Court will consider conversion, likely will not grant relief from stay.
Come back with evidence of what has been done to list property and cure arrearages.

                                                     Carlota M. Böhm
                                                     Chief U.S. Bankruptcy Judge

FILED
10/11/18 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 16-24304-CMB
Theresa Kepple                                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2                   Date Rcvd: Oct 11, 2018
                              Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
```
db            +Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239
14758393      +AAS Debt Recovery,    PO Box 129,    Monroeville PA 15146-0129
14324231      +Butler County Tax Claim Bureau,    ATTN: Janet L. Mental,    PO Box 1208,    Butler, PA 16003-1208
14758394      +Citifinancial,    P.O. Box 499,    Hanover MD 21076-0499
14379386       Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
               Carol Stream, IL  60197-5008
14324233       Northstar Location Services,    4285 Genesee Street,    Buffalo, NY 14225-1943
14324234      +Northwest Consumer Discount Co.,    PO Box 2169,    Butler, PA 16003-2169
14758397     #+Penn Credit Corporation,    P.O. Box 988,    Harrisburg PA 17108-0988
14337478      +Santander Consumer USA,    PO BOX 961245,    Fort Worth, Texas 76161-0244
14385576      +WF 19 Grantor Trust,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14346140       E-mail/Text: ally@ebn.phinsolutions.com Oct 12 2018 02:33:52     Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
14324230      +E-mail/Text: ally@ebn.phinsolutions.com Oct 12 2018 02:33:52     Ally Financial,
               P.O. Box 380902,    Minneapolis, MN 55438-0902
14373395      +E-mail/Text: bankruptcy@cavps.com Oct 12 2018 02:35:03      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14758395      +E-mail/Text: ccusa@ccuhome.com Oct 12 2018 02:33:51      Credit Collection USA,    P.O. Box 873,
               Morgantown WV 26507-0873
14324232      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 12 2018 02:34:03     Ditech Mortgage,
               P.O. Box 6172,    Rapid City, SD 57709-6172
14758396      +E-mail/Text: bankruptcy@sccompanies.com Oct 12 2018 02:33:45     Dr. Leonards,
               1112 7th Avenue,    Monroe WI 53566-1364
14381628       E-mail/Text: bankruptcy.bnc@ditech.com Oct 12 2018 02:34:03
               U.S. Bank, N.A. as trustee for Home Equity Loan,    c/o Ditech Financial LLC,    PO Box 6154,
               Rapid City, SD 57709-6154
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14385599*         U.S. Bank, N.A. as trustee for Home Equity Loan,    c/o Ditech Financial LLC,    PO Box 6154,
                  Rapid City, SD 57709-6154
14324235      ##+Santander Financial,    8585 North Stemmons Freeway,    Dallas, TX 75247-3822
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.
               as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com

```
District/off: 0315-2           User: dric                  Page 2 of 2                   Date Rcvd: Oct 11, 2018
                               Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Debtor Theresa  Kepple shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

                                                                                                                                                        TOTAL: 6