PROCEEDING MEMO

Date: 11/7/2018 11:00 a.m.

In re: Theresa Kepple

                                              Bankruptcy No. 16-24304-CMB
                                              Chapter: 13
                                              Doc. # 78

Appearances:

Movant(s): James Warmbrodt

Respondents: ~~Winnecour, Paul, Katz~~ DeSimone, Shawn N. Wright

Creditor(s):

Nature of Proceeding: # 78 Continued Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC

Additional Pleadings: #81 Response by Ch. 13 Trustee; #83 Response by Debtor (all filed previously)

Judge's Notes:

Outcome:

Wright: Motion to employ realtor has been filed. Debtor has cleaned the property. 8 people have viewed the property, though no offers yet. Request 45-60 days to sell the property.
Warmbrodt: Fine with extension given progress.
Continued to Jan. 16, 2019 at 11:00am

____ Motion is GRANTED    ____ Order entered
____ Motion is DENIED    ____ Order entered
____ Motion WITHDRAWN
____ Motion is DISMISSED    Order entered
____ Reschedule for Proper Service
____ Case DISMISSED    Order entered
____ Parties to submit Order/Settlement/Stipulation by ____ days
____ CONTINUED MATTER: ____ for at least ____ days (Court to Issue Order)
____ to hearing date of ____
____ ISSUE EVIDENTIARY HEARING NOTICE
____ Discovery time needed ____ days
____ Briefs to be filed:    Movant(s) brief due ____ days
                        Respondent(s) brief due ____ days
                        Trustee's brief due ____ days

                                                            Carlota M. Böhm
                                                            Chief U.S. Bankruptcy Judge

FILED
11/8/18 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Theresa Kepple
     Debtor

Case No. 16-24304-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric    Page 1 of 1    Date Rcvd: Nov 08, 2018
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
db          +Theresa Kepple,   229 Moran Road,   Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
           Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
           James Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A. as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
           James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           Shawn N. Wright    on behalf of Debtor Theresa    Kepple shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                                                 TOTAL: 6