UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk No.: 16-24304-cmb |
| Theresa Kepple, | : | |
|                Debtors | : | Chapter 13 |
| Theresa Kepple,   Movant | : | |
|    Vs. | : | Related to Doc. No. 89 |
| Ronda J. Winnecour, Trustee, | : | **ENTERED BY DEFAULT** |
|               Respondent | : | |

### ORDER EMPLOYING REAL ESTATE AGENT

AND NOW, this 17th day of December, 2018, upon consideration of the Debtor's APPLICATION FOR ORDER OF EMPLOYMENT OF REAL ESTATE AGENT, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. **Jack N. Fields of Berkshire Hathaway TPR, 1629 North Main Street Extension, Butler PA 16001**, is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the above referenced Application for the purpose of acting as the Debtor's Agent in connection with the sale of Debtor's real property situate at 229 Moran Road, Butler PA 16001. A realtor commission of the greater of $350.00 plus 6 per cent of the sale price is tentatively approved, subject to the final court order.
2. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the tasks involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.
3. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.
4. Applicant shall serve the within Order on all interested parties and file a certificate of service.

Case Administrator to mail to:
    Office of the Chapter 13 Trustee
    Debtor
    Counsel
    Realtor/Broker

Carlota M. Böhm   dmr
Chief United States Bankruptcy Court Judge

FILED
12/17/18 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Theresa Kepple  
      Debtor  

Case No. 16-24304-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Dec 17, 2018  
                          Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.
```
db             #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239
r               +Jack N. Fields,    Berkshire Hathaway TPR,    1629 North Main Street Extension,
                  Butler, PA 16001-1512
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:
```
          Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
          James Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.
           as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian
           Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
           Grantor Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Debtor Theresa   Kepple shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
```
                                                                                                                                                                                 TOTAL: 6