# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** THERESA KEPPLE
- **Case Number:** 16-24304-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 10, 2019 09:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
1/14/19 12:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#40 - Continued Confirmation of Plan Dated 12/6/2017 (NFC)
R / M #: 40 / 0

**Appearances:**
- Debtor: *Wright*
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

*Sale contingent plan.*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by __3/7/19__.
    Objections are due on or before __4/5/19__
    A hearing on the Amended Plan is set for ~~4/5/19~~ __4/18/19 @ 9:30 Am__
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*No paymnt since 2/18. Payments need to have resumed, in plan paymnt amt by April 2019*

*Cont for status of sale and for amended plan*

1/4/2019    3:57:16PM