Form 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Theresa Kepple**
Debtor(s)

Bankruptcy Case No.: 16–24304–CMB
Chapter: 13
Related to Document No.:
Concil. Conf.: April 18, 2019 at 09:30 AM

## ORDER

On January 10, 2019, a Conciliation Conference was conducted on the December 6, 2017 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 14th of January, 2019**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before March 7, 2019,** the Debtor(s) shall file and serve a copy of this **Order** and an **Amended Plan** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

(2) **On or before April 4, 2019,** all **Objections** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) **On April 18, 2019 at 09:30 AM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: January 14, 2019

cm: Debtor
    Counsel for Debtor

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Theresa Kepple  
     Debtor

Case No. 16-24304-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Jan 14, 2019  
                    Form ID: 005     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2019.  
db          #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2019 at the address(es) listed below:  
           Andrew L. Spivack     on behalf of Creditor     Ditech Financial LLC pawb@fedphe.com  
           James Warmbrodt     on behalf of Creditor     Ditech Financial LLC as servicer for U.S. Bank, N.A. as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com  
           James Warmbrodt     on behalf of Creditor     Wilmington Savings Fund Society, FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
           Shawn N. Wright     on behalf of Debtor Theresa Kepple shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com  
                                                                                                       TOTAL: 6