PROCEEDING MEMO

Date:  01/16/2019  11:00 a.m.

In re: Theresa Kepple

Bankruptcy No. 16-24304-CMB
Chapter: 13
Doc. # 78

**Appearances:**

**Movant(s):** James C. Warmbrodt

**Respondents:** ~~Winnecour / Pail / Katz~~ / DeSimone, Shawn N. Wright

**Creditor(s):**

**Nature of Proceeding:** #78 Continued Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC

**Additional Pleadings:**  #81 Response by Ch. 13 Trustee, #83 Response by Debtor (all filed previously)

**Judge's Notes:** Warmbrodt: Motion to sell property was filed to pay claim.

**Outcome:**

Continued to April 10, 2019 at 11:00am

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED       Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED       Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER: _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                             Respondent(s) brief due _____days
                             Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
1/17/19 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24304-CMB
Theresa Kepple                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric         Page 1 of 1              Date Rcvd: Jan 17, 2019
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.
db        #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:
    Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
    James Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A. as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
    James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Shawn N. Wright    on behalf of Debtor Theresa   Kepple shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                                                                      TOTAL: 6