# Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __K. Flaherty_____, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____regular_____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**24 of January, 2019**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

PG Publishing Company

Sworn to and subscribed before me this day of:
January 24, 2019

Commonwealth of Pennsylvania - Notary Seal
Elizabeth R. Chmura, Notary Public
Allegheny County
My commission expires February 8, 2022
Commission number 1326781
Member, Pennsylvania Association of Notaries

## STATEMENT OF ADVERTISING COSTS

Law Office of Shawn Wright
7240 MCKNIGHT RD
PITTSBURGH    PA 15237-3510

To PG Publishing Company

Total ----------------------------------------------- $312.00

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of
Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For

**COPY OF NOTICE OR PUBLICATION**

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CASE NO. 16-24304-cmb
CHAPTER 13
In re: Theresa Kepple, Debtor Theresa Kepple, Movants
VS.
U.S. Bank, NA & WF 19 Grantor Trust, & Butler County Tax Claim Bureau and Ronda J. Winnecour, Trustee, Respondants
NOTICE OF SALE
NOTICE IS GIVEN THAT Theresa Kepple has filed a Motion to Sell Real Property Free and Clear of All Mortgages, Liens and Encumbrances located at 229 Moran Road, Summit Township, Butler County, PA 16002, Parcel No. 290-L-1F100-9000000 and is to be sold for $131,000.
TERMS OF THE SALES ARE: Buyer must post a non-refundable deposit of $500.00 and closing by April 9, 2019. Higher/better offers to be considered at the sale hearing.
The sale hearing will be held on February 13, 2019 at 11 a.m. in the U.S. Bankruptcy Court before Judge Carlota M. Bohm in Court Room "B", 5400 U.S. Steel Tower,600 Grant Street, Pittsburgh, PA 15219.
If more information is needed, contact Jack Fields, Berkshire Hathaway Realty. 1629 North Main St, Butler, PA 16001, (724)282-1313.