# PROCEEDING MEMO

Date: 02/13/2019 11:00 am

In re: Theresa Kepple

Bankruptcy No. 16-24304-CMB
Chapter: 13
Doc. # 98

Appearances: Winnecour / Pail / Katz / DeSimone

Movant(s): Shawn N. Wright ✓

Respondents: James C. Warmbrodt ✓

Creditor(s):

Nature of Proceeding: #98 Motion to Sell Real Property Free and Divested of Liens

Additional Pleadings: Certificate of Service;  #104 Response by Specialized Loan Servicing LLC;  #105 Proof of Publication in Pittsburgh Post Gazette

Judge's Notes:

- Advertised
- Response resolved
- No Objection
- Revised Order to be filed by tomorrow.

Outcome:

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED       Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED        Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:   _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                              Respondent(s) brief due _____days
                              Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
2/14/19 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA