IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Theresa Kepple | : | Bankruptcy No. 16-24304-CMB |
| Debtor | : | Chapter 13 |
| Specialized Loan Servicing LLC, *et al.* | : | Document Nos. 78, 81 |
| Movant | : | Hearing Date & Time: 6/20/18 @ 10:00 |
| | : | |
| v. | : | |
| Theresa Kepple | : | |
| | | |
| Respondent(s) | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
MOTION OF SPECIALIZED LOAN SERVICING LLC, AS SERVICER FOR WILMINGTON
SAVINGS FUND SOCIETY, FSB, DBA CHRISTIAN TRUST, NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTOR TRUST, TO
CONTINUE HEARING SCHEDULED FOR APRIL 10, 2019**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Motion to Continue Hearing Scheduled for April 10, 2019.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐   An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☐   No other order has been filed pertaining to the subject matter of this agreement.

X   The attached document does not require a proposed order.

Dated: March 19, 2019

By: _/s/ James C. Warmbrodt_____
Signature
James C. Warmbrodt, Esquire

_____
Typed Name
KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

_____
Address
412-430-3594

_____
Phone No.
PA I.D. No. 42524

_____
List Bar I.D. and State of Admission

**PAWB Local Form 26 (06/17)**