# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**FILED**
4/18/19 2:50 pm
**CLERK**
**U.S. BANKRUPTCY**
**COURT - WDPA**

### *Conciliation Conference:*

- **Debtor:** THERESA KEPPLE
- **Case Number:** 16-24304-CMB     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 18, 2019 09:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

NO AMENDED PLAN FILED Per O/E at Docket No. 96
R / M #:  0 / 0

### *Appearances:*

- Debtor: Wright.
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __8/29/19__ at __9:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ___✓___ Other:

Debtor is filing motion to extend time for amended plan
Continue for sale of property

4/11/2019   2:53:11PM