UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk No.: 16-24304-cmb |
| Theresa Kepple, | : | |
| Debtors | : | Chapter 13 |
| Theresa Kepple, Movant | : | |
| Vs. | : | |
| Ronda J. Winnecour, Trustee, | : | Related to Doc. 96 , 121 |
| Respondent | : | |

### ORDER OF COURT

AND NOW, this __22nd__ day of __April__, 2019, IT IS ORDERED that deadline for filing an Amended Chapter 13 plan is extended to May 15, 2019 with a conciliation conference on August 29, 2019 at 9:30 A.M.

BY THE COURT:

FILED
4/22/19 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 16-24304-CMB
Theresa Kepple                                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 1          Date Rcvd: Apr 22, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
db             #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
      James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.
   as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
      James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian
   Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
   Grantor Trust bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Shawn N. Wright    on behalf of Debtor Theresa   Kepple shawn@shawnwrightlaw.com,
   wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                                  TOTAL: 6