## Proof of Publication of Notice in Butler Eagle
Under Act No. 587, Approved May 16, 1929

*State of Pennsylvania,*
*County of Butler.*

__Julie A. Wilczynski__ Of the Eagle Printing Company, Inc., of the County and State aforesaid, being duly sworn, deposes and says that the BUTLER EAGLE, a newspaper of general circulation published at 114 West Diamond Street, City of Butler, County and State aforesaid, was established 1869, since which date the BUTLER EAGLE has been regularly issued in said County, and that the printed notice or publication attached hereto is exactly the same as was printed and published in the regular editions and issues of the said BUTLER EAGLE on the following dates, viz.

_____ and the __18th__ Day of __April__ A.D. 2019

Affiant further deposes that the Ad Taker is duly authorized by the EAGLE PRINTING COMPANY, a corporation, publisher of said BUTLER EAGLE, a newspaper of general circulation, to verify the foregoing statement under oath, and Affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

_[signature]_
Butler Eagle

**Copy of Notice or Publication**

```
LEGAL NOTICE
UNITED STATES
BANKRUPTCY COURT
FOR THE WESTERN
DISTRICT OF
PENNSYLVANIA
CASE NO.
16-24304-cmb
CHAPTER 13
In re:
Theresa Kepple,
   Debtor
NOTICE OF SALE
NOTICE IS GIVEN
THAT Theresa Kepple
has filed a Motion to Sell
Real Property Free and
Clear of All Mortgages,
Liens and Encum-
brances located at 729
Spring Run Road, Kings-
ley Township, Forest
County, Pennsylvania
16353 and is to be sold
for $4,500. Property to
be sold "AS-IS".
  TERMS OF THE
SALES ARE: Buyer
must post a non-refund-
able deposit of $500.00
and closing by June 15,
2019.   Higher/better
offers to be considered at
the sale hearing.
  The sale hearing will
be held on May 8, 2019
at 11 A.M. in the U.S.
Bankruptcy Court before
Judge Carlota M. Bohm
in Court Room "B", 5400
U.S. Steel Tower, 600
Grant Street, Pittsburgh,
PA 15219.
  If more information is
needed, contact Shawn
N. Wright, Esquire, 7240
McKnight Road, Pitts-
burgh, PA 15237, (412)
920-6565.
```

Sworn to and subscribed before me this __18th__ Day of __April__ 2019

__Carolyn E. Ortiz__
Notary Public

My Commission Expires:

> Commonwealth of Pennsylvania - Notary Seal
> CAROLYN E ORTIZ - Notary Public
> Butler County
> My Commission Expires Mar 25, 2023
> Commission Number 1348650

**Statement of Advertising Costs**

Law Office of Shawn Wright, P.C.

7240 McKnight Road

Pittsburgh, PA 15237

TO BUTLER EAGLE, Dr.
For publishing the notice or publication attached
Hereto on the above stated dates ____ $ 98.00

Probating same ____ $ 3.00

Total ____ $ 101.00

**Publisher's Receipt for Advertising Costs**

The EAGLE PRINTING COMPANY, publisher of the BUTLER EAGLE, a newspaper of general circulation, hereby acknowledge receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid.
EAGLE PRINTING CO., a Corporation, Publisher
Of BUTLER EAGLE, a Newspaper of General Circulation.

By _[signature] Glenda M. Stitt_