# PROCEEDING MEMO

Date: 05/08/2019 11:00 am

In re: Theresa Kepple

Bankruptcy No. 16-24304-CMB
Chapter: 13
Doc. # 118

Appearances: Winnecour / Pail / Katz / DeSimone

Movant(s): Shawn N. Wright

Respondents:

Creditor(s):

Nature of Proceeding: # 118 Motion to Sell Real Property Free and Divested of Liens

Additional Pleadings: Certificate of Service; #126 Proof of Publication in Butler Eagle

Judge's Notes:

\* Court notes a bidder appeared at Forest County and attempted to appear by phone. The Court does not take bids by phone, bidder must be present.

Outcome:

Wright: Property located in Forest County, and has significant water damage. Sale was advertised in legal journal and newspaper.
No objections to the sale received.
No higher or better offers received.
The buyer is a good faith purchaser.
Sale CONFIRMED.

*Order entered.*

_____ Motion is GRANTED    _____ Order entered
_____ Motion is DENIED_____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:    _____ for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
5/8/19 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA