**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>Theresa Kepple<br>               Debtor<br><br>Specialized Loan Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust<br><br>               Movant<br><br>**vs.**<br><br>Theresa Kepple<br>               Respondent<br><br>Ronda J. Winnecour<br>               Trustee | CHAPTER 13<br><br>BK.NO. 16-24304-CMB<br><br><br>Related to Doc. No. 127 |

**ORDER**

Upon consideration of the Motion filed Specialized Loan Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing on the Motion for Relief from the Automatic Stay scheduled for May 8, 2019 is hereby continued to June 5, 2019 at 11:00 a.m. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Dated: May 6, 2019

By the Court,

*[signature]*
Chief U. S. Bankruptcy Judge

Consented to by:

*/s/ Shawn N. Wright, Esquire*
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
412-920-6565
Counsel for the Debtor

FILED
5/6/19 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Theresa Kepple  
     Debtor

Case No. 16-24304-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 06, 2019  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
```
db             #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.
               as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Theresa  Kepple shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                               TOTAL: 6
```