UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 16-24304-cmb |
| Theresa Kepple, | ) | |
| Debtor | ) | CHAPTER 13 |
| | ) | |
| Theresa Kepple, | ) | |
| Movant | ) | |
| VS. | ) | Relating to Docs Nos. 98 & 110 , 135 |
| U.S. Bank, NA & WF 19 Grantor Trust, & | ) | |
| Butler County Tax Claim Bureau and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| Respondents | ) | |

## ORDER OF COURT

    **AND NOW** this __15th__ day of __May__, 2019**,** on consideration of the Debtor's
Motion to Extend Deadline for Closing, the Court orders that the closing for the sale of real
estate at 229 Moran Road, Butler, Pennsylvania 16002, as referenced in Document No. 110
entered on February 15, 2019, shall be extended from May 15, 2019 to July 1, 2019.

BY THE COURT:

Carlota M. Böhm
dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
5/15/19 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                    Case No. 16-24304-CMB
Theresa Kepple                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric          Page 1 of 1          Date Rcvd: May 15, 2019
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db              #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
        Andrew L. Spivack   on behalf of Creditor   Ditech Financial LLC pawb@fedphe.com
        James  Warmbrodt  on behalf of Creditor   Ditech Financial LLC as servicer for U.S. Bank, N.A.
        as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
        James  Warmbrodt  on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christian
        Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
        Grantor Trust bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Shawn N. Wright   on behalf of Debtor Theresa  Kepple shawn@shawnwrightlaw.com,
        wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
        m
                                                                            TOTAL: 6