IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Theresa Kepple | : | Bankruptcy No. 16-24304-CMB |
| Debtor | : | Chapter 13 |
| Specialized Loan Servicing LLC, *et al.* | : | Document Nos. 78, 81 |
| Movant | : | Hearing Date & Time: 6/5/18 @ 11:00 am |
| | : | |
| v. | : | |
| Theresa Kepple | : | |
| | | |
| Respondent(s) | : | |

**CERTIFICATION OF COUNSEL REGARDING
MOTION OF SPECIALIZED LOAN SERVICING LLC, AS SERVICER FOR WILMINGTON
SAVINGS FUND SOCIETY, FSB, DBA CHRISTIAN TRUST, NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTOR TRUST, TO
CONTINUE HEARING SCHEDULED FOR JUNE 5, 2019**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Motion to Continue Hearing Scheduled for June 5, 2019.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐   An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☐   No other order has been filed pertaining to the subject matter of this agreement.

X   The attached document does not require a proposed order.

Dated: May 23, 2019               By:   */s/ James C. Warmbrodt*
                                        Signature
                                        James C. Warmbrodt, Esquire
                                        _____
                                        Typed Name
                                        KML Law Group, P.C.
                                        BNY Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        _____
                                        Address
                                        412-430-3594
                                        _____
                                        Phone No.
                                        PA I.D. No. 42524
                                        _____
                                        List Bar I.D. and State of Admission

**PAWB Local Form 26 (06/17)**