# PROCEEDING MEMO

Date: 07/24/2019 10:00 am

In re: Theresa Kepple

Bankruptcy No. 16-24304-CMB
Chapter: 13
Doc. # 78

Appearances:

Movant(s): James Warmbrodt

Respondents: ~~Winnecour~~ / ~~Raik / Katz~~ / DeSimone, Shawn N. Wright

Creditor(s):

Nature of Proceeding: #78 Continued Motion for Relief from the Automatic Stay filed by
Specialized Loan Servicing LLC

Additional Pleadings: #81 Response by Trustee; #83 Response by Debtor (all filed
previously)

Judge's Notes:

Outcome:

Wright: Appraisal resulted in failure of sale, but buyer still interested.
No other parties have shown interest in property. Appraisal at $121,00
and sale approved at $131,000.

New Motion for Sale to be filed
Continued to September 11, 2019 at 11:00 a.m.
Motion for Relief will be granted unless sale
is proceeding

| | |
|---|---|
| _____ Motion is GRANTED  _____ Order entered | |
| _____ Motion is DENIED_____ Order entered | |
| _____ Motion WITHDRAWN | |
| _____ Motion is DISMISSED        Order entered | |
| _____ Reschedule for Proper Service | |
| _____ Case DISMISSED        Order entered | |
| _____ Parties to submit Order/Settlement/Stipulation by _____days | |
| _____ CONTINUED MATTER:    _____for at least _____days (Court to Issue Order) | |
| _____ to hearing date of _____ | |
| _____ ISSUE EVIDENTIARY HEARING NOTICE | |
| _____ Discovery time needed _____ days | |
| _____ Briefs to be filed:    Movant(s) brief due _____days | |
| Respondent(s) brief due _____days | |
| Trustee's brief due _____days | |

FILED
7/24/19 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Theresa Kepple
     Debtor

Case No. 16-24304-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jul 24, 2019
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db            #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
      James Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.
      as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian
      Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
      Grantor Trust bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Shawn N. Wright    on behalf of Debtor Theresa   Kepple shawn@shawnwrightlaw.com,
      wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
      m
                                            TOTAL: 7