# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |
|---|---|---|
| **Debtor:** | THERESA KEPPLE | |
| **Case Number:** | 16-24304-CMB | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 29, 2019 09:30 AM  3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
8/30/19 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

No Amended Plan Filed Per O/E #123 extending time to file amended plan after property is sold.
[Mt was extended till 7/16/19 for closing deadline of property - nothing has been filed since]
[Mt for relief from stay by Wilmington is set for 9/11/19 at 11:00]
**R / M #:**  0 / 0

### *Appearances:*

Debtor:
Trustee:  Winnecour / Pail / Katz / DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to 11/1/19 at 9:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: _____

8/20/2019  11:47:23 AM