UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 16-24304-cmb |
| Theresa Kepple, | |
| Debtor | Chapter 13 |
| Specialized Loan Servicing, | |
| Movant | |
| Vs. | |
| Theresa Kepple and | Related to Doc. No. 138, 78, 150 |
| Ronda J. Winnecour, Trustee | |
| Respondent: | |

### ORDER OF COURT

AND NOW, this __11th__ day of __September__, 2019, IT IS ORDERED that the hearing in this matter on September 11, 2019 shall be cancelled and that the Motion for Relief from Automatic Stay shall be continued to October 11, 2019 at 10 am. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, PA 15219.

BY THE COURT:

_____ J.

FILED
9/11/19 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CONSENTED TO BY:

/s/Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtor
Attorney for Debtor; PA 64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com

/s/James C. Warmbrodt

James C. Warmbrodt, Esquire
Counsel for Specialized Loan Servicing
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24304-CMB
Theresa Kepple                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 1                 Date Rcvd: Sep 11, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db              #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.
               as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright   on behalf of Debtor Theresa  Kepple shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                             TOTAL: 7