Bankruptcy Notice. Case Number: 16-24304-cmb. Debtor: Theresa Kepple

PAGE 1 OF 1

## Proof of Publication of Notice in Pittsburgh Legal Journal

*Commonwealth of Pennsylvania* } SS:
*County of Allegheny,* }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

Sep 30, 2019

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
Signature of Affiant

Subscribed and sworn to before me this 30th day of September, 2019

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania
In re: Theresa Kepple, Debtor
Theresa Kepple, Movants
vs.
U.S. Bank, NA & WF 19 Grantor Trust, & Butler County Tax Claim Bureau and Ronda J. Winnecour, Trustee, Respondents
Case No. 16-24304-cmb
Chapter 13

Notice Of Sale

Notice Is Given That Theresa Kepple has filed a Motion to Sell Real Property Free and Clear of All Mortgages, Liens and Encumbrances located at 229 Moran Road, Summit Township, Butler County, PA 16002, Parcel No. 290-L-1F100-9000000 and is to be sold for $126,000.

Terms Of The Sales Are: Buyer must post a non-refundable deposit of $500.00 and closing by October 30, 2019. Higher/better offers to be considered at the sale hearing.

The sale hearing will be held on October 11, 2019 at 10 a.m. in the U.S. Bankruptcy Court before Judge Carlota M. Bohm in Court Room "B", 5400 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If more information is needed, contact Shawn Wright, Esquire, 7240 McKnight Road, Pittsburgh, PA 15237, 412-920-6565.

19-05187 Sep 30, 2019

Shawn Wright
Law Office of Shawn N. Wright, P.C.
7240 McKnight Road
Pittsburgh, PA 15237

**Statement of Advertising Cost**

| | |
|---|---|
| For publishing the notice or advertisement on the above stated dates... | $221.85 |
| Proof Fees.............................................................. | $0.00 |
| Total................................................................... | $221.85 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 19-05187