# Butler Eagle

10/10/19

P.O. Box 271
514 W. Wayne St.
Butler, PA 16003-0271

Phone: (724)282-8000
Fax: (724)2821280
Email: legals@butlereagle.com

---

| | | | | |
|---|---|---|---|---|
| Name: | | | Run dates: | **10/02/19** to **10/02/19** |
| Company: | **CASH ACCOUNT** | | Class: | **1** |
| Address: | **PO BOX 271** | | Ad ID: | **1451705** |
| | **BUTLER P.O. BOXES, PA 16003** | | Ad Taker: | **KANDI** |
| Account ID: | **9999** | | Sales Person: | **88** |
| Account #: | **9999** | | | |
| Telephone: | **(724) 282-8000** | | Inserts: | **2** |
| Fax: | | | Words: | **174** |
| E-mail: | | | Lines: | **56** |
| SIC code: | | | Columns: | **1** |
| Publications: | **Butler Eagle** | | Depth (Inches): | **5.056** |

Payments:

| Method | Card Type | Name on Card | Last 4 Digits | Expire Date | Check Number | Amount Paid |
|---|---|---|---|---|---|---|
| **CK** | | | | | **1279** | **$115.00** |

| | | |
|---|---|---|
| Gross: | | **$115.00** |
| Paid Amount: | - | **$115.00** |
| Amount Due: | | **$0.00** |

**PUBLIC NOTICE
UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
CASE NO. 16-24304-cmb
CHAPTER 13
In re: Theresa Kepple, Debtor,
Theresa Kepple, Movants
VS.
U.S. Bank, NA & WF 19 Grantor Trust, & Butler County Tax Claim Bureau and Ronda J. Winnecour, Trustee,
Resondents
**NOTICE OF SALE**
  NOTICE IS GIVEN THAT Theresa Kepple has filed a Motion to Sell Real Property Free and Clear of All Mortgages, Liens and Encumrances located at 229 Moran Road, Summit Township, Butler County, PA 16002, Parcel No. 290-L-1F100-9000000 and is to be sold for $126,000.
  TERMS OF THE SALE ARE: Buyer must post a non-refundable deposit of $500.00 and closing by October 30, 2019. Higher/better offers to be considered at the sale hearing.
  The sale hearing will be held on October 11, 2019 at 10:00 A.M. in the U.S. Bankruptcy Court before Judge Carlota M. Bohm in Court Room "B", 5400 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.
  If more information is needed, contact Shawn Wright, Esquire, 7240 McKnight Road, Pittsburgh, PA 15237, (412) 920-6565

Receipt