# PROCEEDING MEMO

**Date: 10/11/2019 10:00 am**

**In re:** Theresa Kepple

Bankruptcy No. 16-24304-CMB
Chapter: 13
Doc. # 145

**Appearances: DeSimone**

**Movant(s): Wright**

**Respondents:** James C. Warmbrodt (via telephone)

**Creditor(s):**

**Nature of Proceeding:** #145 Motion to Sell Real Property Free and Divested of Liens

**Additional Pleadings:** Certificate of Service; #153 Limited Response by Specialized Loan Servicing LLC; #154 Proof of Publication in Pittsburgh Legal Journal; #155 Proof of Publication in Butler Eagle; #156 CNO

**Judge's Notes:**
wright:
-sale previously approved in 2/19, closing could not go forward
-put the property back on the market, 2 new buyers now proposing 132k -6k seller assist
-buyer is kepple, grandson of debtor, d thinks sale is reasonable
-property is unsuaul, built DIY by debtros late husband
-they believe price is reasonable in light of saving on realtor and seller assist
court: has agreement w/ realtor expired?
-yes
did it go through advertising and service?
-yes, plj and butler eagle
-net proceeds will be sent to ch13 trustee
wright asking for reimburrsement because he fronted costs
court:
-any objections desimone?
--no, notes costs of trustee
will this sale pay mortgages in full?
-yes--warmbrodt agrees
any objections?
-no
then we'll have open bidding since its an arm's length transaction, any higher or better bids?
-no
therefore confirmed for 132 minus 6k assist
the order says 126, not 132 is that a problem for you?
-wright: no, if need be wiill amend
-court is leaving portion blank, it says net to trustee
-court finds buyers are good faith purhcasers
order entered

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
10/11/19 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA