FILED
11/12/19 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

**Debtor:** THERESA KEPPLE
**Case Number:** 16-24304-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 07, 2019 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

#40 - Continued Confirmation of Plan Dated 12/6/2017 (NFC)
R / M #: 40 / 0

*Appearances:*

Debtor:     *(uncut)*
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __1/30/20__ at __9:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/30/2019 11:21:26AM