# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** THERESA KEPPLE
- **Case Number:** 16-24304-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 30, 2020 09:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#40 - Continued Confirmation of Plan Dated 12/6/2017 (NFC)
R / M #:  40 / 0

### *Appearances:*

- Debtor: Wright
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

*[Handwritten note: Plan to be funded by sale. Sale approved, but not yet closed.]*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __3/26/20__ at __9:30 Am__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
JAN 31 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA