## PROCEEDING MEMO

**Date: 02/20/2020 10:00 am**

In re:   Theresa Kepple

Bankruptcy No. 16-24304-CMB
Chapter: 13
Doc. #78

**Appearances:** Shawn N. Wright, James C. Warmbrodt, Winnecour / Pail / Katz /
DeSimone    *Jana Pail*

**Nature of Proceeding: #78 Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC**

**Additional Pleadings: #81 Response by Trustee;  #83 Response by Debtor (all filed previously)**

**Judge's Notes:**      *Cont to april 15*
                        *at 11:00*

FILED
2/21/20 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-24304-CMB
Theresa Kepple                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: dric              Page 1 of 1              Date Rcvd: Feb 21, 2020
                                 Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db              #+Theresa Kepple,   229 Moran Road,   Butler, PA 16002-9239


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   Ditech Financial LLC pawb@fedphe.com
          James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC as servicer for U.S. Bank, N.A.
           as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christian
           Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
           Grantor Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Shawn N. Wright   on behalf of Plaintiff Theresa  Kepple shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright   on behalf of Debtor Theresa  Kepple shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                              TOTAL: 8