```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    Case No.: 16-24304-cmb
Theresa Kepple,                     :
            Debtor                  :    Chapter 13
Theresa Kepple,                     :
            Movant                  :
Vs.                                 :    Related to Doc. No. 158
Specialized Loan Servicing and      :
Ronda J. Winnecour, Trustee         :
            Respondent              :
```

**STATUS REPORT ON SALE OF REAL ESTATE**

AND NOW COMES Shawn N. Wright, Esquire, Counsel for Debtor, Theresa Kepple, to provide a Status Report to the Court concerning the Sale of Real Property previously approved by Court Order dated October 11, 2019 at Document Number 158:

1. The purchasers, Dustin Kepple and Morgan McCurdy, are no longer going forward with the purchase of the subject property due to their inability to finalize a mortgage loan;

2. As a result, the Debtor has placed the said property back onto the market and will be filing forthwith a Motion to Employ Realtor.

        Respectfully submitted,

        /s/Shawn N. Wright
        Shawn N. Wright, Esquire
        Counsel for Debtor; PA#64103
        7240 McKnight Road
        Pittsburgh, PA 15237
        (412) 920-6565
        shawn@shawnwrightlaw.com