Form RSC2 (Reschedule Conciliation/COD)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Theresa Kepple**
   Debtor(s)

Bankruptcy Case No.: 16–24304–CMB
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24304-CMB
Theresa Kepple                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: llea                Page 1 of 2            Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db            #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239
r              +Jack N. Fields,    Berkshire Hathaway TPR,    1629 North Main Street Extension,
                 Butler, PA 16001-1512
cr             +Specialized Loan Servicing LLC,    .,    8742 Lucent Blvd, Suite 300,
                 Highlands Rnach, CO 80129-2386
14758393       +AAS Debt Recovery,    PO Box 129,    Monroeville PA 15146-0129
14324231       +Butler County Tax Claim Bureau,    ATTN: Janet L. Mental,    PO Box 1208,    Butler, PA 16003-1208
14324233        Northstar Location Services,    4285 Genesee Street,    Buffalo, NY 14225-1943
14324234       +Northwest Consumer Discount Co.,    PO Box 2169,    Butler, PA 16003-2169
14337478       +Santander Consumer USA,    PO BOX 961245,    Fort Worth, Texas 76161-0244
15163409       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14385576       +WF 19 Grantor Trust,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2020 04:23:17     Ditech Financial LLC,
                 Ditech Financial LLC,   1400 Turbine Drive Suite 200,    Rapid City, SD  57703,    US 57703-4719
14346140        E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2020 04:22:53     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14324230       +E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2020 04:22:53     Ally Financial,
                 P.O. Box 380902,    Minneapolis, MN 55438-0902
14373395       +E-mail/Text: bankruptcy@cavps.com Mar 21 2020 04:25:17     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14758395       +E-mail/Text: ccusa@ccuhome.com Mar 21 2020 04:22:49     Credit Collection USA,    P.O. Box 873,
                 Morgantown WV 26507-0873
14379386        E-mail/Text: G06041@att.com Mar 21 2020 04:25:30     Directv, LLC,
                 by American InfoSource LP as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
14324232       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2020 04:23:17     Ditech Mortgage,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
14758396       +E-mail/Text: bankruptcy@sccompanies.com Mar 21 2020 04:22:34     Dr. Leonards,
                 1112 7th Avenue,    Monroe WI 53566-1364
14381628        E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2020 04:23:17
                 U.S. Bank, N.A. as trustee for Home Equity Loan,    c/o Ditech Financial LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154
                                                                                                 TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Ditech Financial LLC as servicer for U.S. Bank, N.
cr              Wilmington Savings Fund Society, FSB, DBA Christia
14385599*       U.S. Bank, N.A. as trustee for Home Equity Loan,    c/o Ditech Financial LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154
14758394       ##+Citifinancial,    P.O. Box 499,    Hanover MD 21076-0499
14758397       ##+Penn Credit Corporation,    P.O. Box 988,    Harrisburg PA 17108-0988
14324235       ##+Santander Financial,    8585 North Stemmons Freeway,    Dallas, TX 75247-3822
                                                                                      TOTALS: 3, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: llea                 Page 2 of 2           Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon            Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.
               as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian
                Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
                Grantor Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Plaintiff Theresa   Kepple shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
              Shawn N. Wright    on behalf of Debtor Theresa   Kepple shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                                                 TOTAL: 8
```