UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                            :    Bk No.: 16-24304-cmb
Theresa Kepple,                   :
                Debtors           :    Chapter 13
Theresa Kepple,   Movant          :
    Vs.                           :
Ronda J. Winnecour, Trustee,      :    Hrg: 4/29/2020 @ 11
                Respondent        :
```

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EMPLOY REALTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Employ Realtor filed on March 25, 2020 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 11, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Shawn N. Wright
Shawn N. Wright, Esquire
PA I.D. #64103
Counsel for Movant
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com