2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-24304-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Theresa Kepple
229 Moran Road
Butler PA 16002

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/13/2020.

Name and Address of Alleged Transferor(s):

Claim No. 10: U.S. Bank, N.A. as trustee for Home Equity Loan, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/16/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 16-24304-CMB
Theresa Kepple                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Apr 14, 2020
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
14381628    U.S. Bank, N.A. as trustee for Home Equity Loan,   c/o Ditech Financial LLC,   PO Box 6154,    Rapid City, SD 57709-6154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:
    Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
    James   Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
    James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.     as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
    James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
    James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian    Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19     Grantor Trust bkgroup@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Shawn N. Wright    on behalf of Plaintiff Theresa   Kepple shawn@shawnwrightlaw.com,     wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
    Shawn N. Wright    on behalf of Debtor Theresa   Kepple shawn@shawnwrightlaw.com,     wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                TOTAL: 9