**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

THERESA KEPPLE                   )
                                          )     CHAPTER 13

DEBTOR                          )

                                        )

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE  )
SERVICING AS SERVICER FOR U.S. BANK
NATIONAL ASSOCIATION, AS TRUSTEE, AS     )     NO. 16-24304-CMB
SUCCESSOR TO U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE, FOR HOME        )
EQUITY LOAN TRUST 1998-C              )
                                         )     11 U.S.C. Section 362

               MOVANT         )
     vs.
THERESA KEPPLE

ROBERT D. KEPPLE SR.

RONDA J. WINNECOUR
                  RESPONDENTS

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    **COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice

of Appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for

U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National

Association, as Trustee, for Home Equity Loan Trust 1998-C and requests that they be noticed on

all pleadings, documents and hearings; that they receive copies of all documents; and be added to

the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

    **DATED** this 15th day of May, 2020.

Respectfully submitted,

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been

furnished to the parties on the attached Service List by electronic notice and/or by First Class

U.S. Mail on this the 15th day of May, 2020:


/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## <u>SERVICE LIST (CASE NO. 16-24304-CMB)</u>

DEBTOR
THERESA KEPPLE
229 MORAN ROAD
BUTLER, PA 16002

ATTORNEY FOR DEBTOR
SHAWN N. WRIGHT
7240 MCKNIGHT ROAD
PITTSBURGH, PA 15237

TRUSTEE
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222