**IN THE UNITED STATES BANKRUPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| THERESA KEPPLE | ) | |
| DEBTOR | ) | CHAPTER 13 |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR TO U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE, FOR HOME EQUITY LOAN TRUST 1998-C | ) ) ) ) ) | NO. 16-24304-CMB |
| MOVANT | ) | 11 U.S.C. Section 362 |
| vs. | ) | |
| THERESA KEPPLE | ) | |
| ROBERT D. KEPPLE SR. | ) | |
| RONDA J. WINNECOUR | ) | |
| RESPONDENTS | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE
SERVICING AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE, AS SUCCESSOR TO U.S. BANK TRUST NATIONAL ASSOCIATION, AS
TRUSTEE, FOR HOME EQUITY LOAN TRUST 1998-C FOR RELIEF FROM THE
AUTOMATIC STAY UNDER SECTION 362 OR RELIEF FROM THE AUTOMATIC
STAY UNDER SECTION 362 AND THE CO-DEBTOR STAY UNDER SECTION 1301
AND PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001
(TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 4, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on **June 24, 2020**, at **10:00 a.m.** before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service: May 18, 2020        /s/ Joshua I. Goldman
                                                            Joshua I. Goldman, Esq.
                                                            Pennsylvania Bar # 205047
                                                            PADGETT LAW GROUP
                                                            6267 Old Water Oak Road, Suite 203
                                                            Tallahassee, FL 32312
                                                            (850) 422-2520 (telephone)
                                                            (850) 422-2567 (facsimile)
                                                            josh.goldman@padgettlawgroup.com
                                                            *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 18th day of May, 2020:

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 16-24304-CMB)

DEBTOR
THERESA KEPPLE
229 MORAN ROAD
BUTLER, PA 16002

NON-FILING CO-DEBTOR
ROBERT D. KEPPLE SR.
229 MORAN ROAD
BUTLER, PA 16002

ATTORNEY FOR DEBTOR
SHAWN N. WRIGHT
7240 MCKNIGHT ROAD
PITTSBURGH, PA 15237

TRUSTEE
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222