**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| THERESA KEPPLE ) | |
| DEBTOR ) | CHAPTER 13 |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE ) SERVICING AS SERVICER FOR U.S. BANK ) NATIONAL ASSOCIATION, AS TRUSTEE, AS ) SUCCESSOR TO U.S. BANK TRUST NATIONAL ) ASSOCIATION, AS TRUSTEE, FOR HOME ) EQUITY LOAN TRUST 1998-C ) | NO. 16-24304-CMB |
| MOVANT ) | 11 U.S.C. Section 362 |
| vs. ) | |
| THERESA KEPPLE ) | |
| ROBERT D. KEPPLE SR. ) | |
| RONDA J. WINNECOUR ) | |
| RESPONDENTS ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE**
**SERVICING AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS**
**TRUSTEE, AS SUCCESSOR TO U.S. BANK TRUST NATIONAL ASSOCIATION, AS**
**TRUSTEE, FOR HOME EQUITY LOAN TRUST 1998-C FOR RELIEF FROM THE**
**AUTOMATIC STAY UNDER SECTION 362 OR RELIEF FROM THE AUTOMATIC**
**STAY UNDER SECTION 362 AND THE CO-DEBTOR STAY UNDER SECTION 1301**
**AND PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**
**(TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 5, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on **June 24, 2020**, at **10:00 a.m.** before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service: May 19, 2020

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*