# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** THERESA KEPPLE
- **Case Number:** 16-24304-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 11, 2020 03:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
6/24/20 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#40 - Amended Plan Dated 12/6/2017 (NFC)
R / M #:   40 / 0

### Appearances:

- Debtor: Wright
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

*Con lt for Sale of RE*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __✓__ Plan/Motion continued to 9/24/20 at 9:00 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/2/2020    12:47:37PM