UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              :   Case No.: 16-24304-cmb
Theresa Kepple,                     :
            Debtor                  :   Chapter 13
New Rez LLC d/b/a                   :
Shellpoint Mortgage Servicing,      :
            Movant                  :
Vs.                                 :   Related to Doc. No.199, 216
Theresa Kepple and                  :
Ronda J. Winnecour, Trustee         :
            Respondent              :
```

### ORDER OF COURT

AND NOW, this __23rd__ day of __June__, 2020, IT IS ORDERED that the hearing scheduled for June 24, 2020 on the Motion for Relief from Automatic Stay shall be continued to the __16th__ day of __September__, 2020, at __10__ o'clock __a__.m. via telephone conference.

BY THE COURT:

/s/ Carlota M. Böhm
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

CONSENTED TO:

FILED
6/23/20 8:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/   Shawn N. Wright
Shawn N. Wright, Esquire; PA#64103
*Counsel for Debtor, Theresa Kepple*
7240 McKnight Road
Pittsburgh, PA  15237
(412) 920-6565
shawn@shawnwrightlaw.com


/s/Joshua I. Goldman
Joshua I. Goldman, Esquire
Counsel for New Rez LLC
Attorney I.D. No.
Padgett Law Group

6267 Old Water Oak Road, Suite 203  
Tallahassee, FL 32312  
850-422-2520  
josh.goldman@padgettlawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Theresa Kepple  
      Debtor

Case No. 16-24304-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jun 23, 2020  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.  
db          #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
         Andrew L. Spivack     on behalf of Creditor     Ditech Financial LLC pawb@fedphe.com
         James Warmbrodt     on behalf of Creditor     Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
         James Warmbrodt     on behalf of Creditor     DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
         James Warmbrodt     on behalf of Creditor     Wilmington Savings Fund Society, FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
         James Warmbrodt     on behalf of Creditor     Ditech Financial LLC as servicer for U.S. Bank, N.A. as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
         Joshua I. Goldman     on behalf of Creditor     NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         Shawn N. Wright    on behalf of Plaintiff Theresa Kepple shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
         Shawn N. Wright    on behalf of Debtor Theresa Kepple shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                         TOTAL: 10