# PROCEEDING MEMO

**Date: 06/24/2020 11:00 am**

In re:   Theresa Kepple

                                                                                                                   **Bankruptcy No. 16-24304-CMB**
                                                                                                                   **Chapter: 13**
                                                                                                                   **Doc. # 78**

**Telephonic Appearances:  Ronda J. Winnecour, James C. Warmbrodt**

**Nature of Proceeding: #78 Continued Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC**

**Additional Pleadings: #81 Response by Trustee;  #83 Response by Debtor (all filed previously); #184 Order Granting Motion to Continue Hearing**

**Judge's Notes:**
- Warmbrodt: Sale scheduled for 7/15. Two other motions were continued to 9/16 to see if sale closes. Request that this motion be continued to 9/16 also with those matters.

OUTCOME: continued to telephonic hearing on 9/16 at 10am.

                                                                                                                            **Carlota M. Böhm**
                                                                                                                        **Chief U.S. Bankruptcy Judge**

               FILED
               6/24/20 1:32 pm
               CLERK
               U.S. BANKRUPTCY
               COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24304-CMB
Theresa Kepple                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 1           Date Rcvd: Jun 24, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.
db              #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              James  Warmbrodt     on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.
               as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               josh.goldman@padgettlawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Plaintiff Theresa   Kepple shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
              Shawn N. Wright    on behalf of Debtor Theresa   Kepple shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                                             TOTAL: 10