## Proof of Publication of Notice in Butler Eagle

Under Act No. 587, Approved May 16, 1929

State of Pennsylvania,
County of Butler.

_____Amy F. Birckbichler_____ Of the Eagle Printing Company, Inc., of the County and State aforesaid, being duly sworn, deposes and says that the BUTLER EAGLE, a newspaper of general circulation published at 114 West Diamond Street, City of Butler, County and State aforesaid, was established 1869, since which date the BUTLER EAGLE has been regularly issued in said County, and that the printed notice or publication attached hereto is exactly the same as was printed and published in the regular editions and issues of the said BUTLER EAGLE on the following dates, viz.

_____and the ____5th____ Day of ____July____ A.D. 2020

Affiant further deposes that the Ad Taker is duly authorized by the EAGLE PRINTING COMPANY, a corporation, publisher of said BUTLER EAGLE, a newspaper of general circulation, to verify the foregoing statement under oath, and Affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

_____Amy F. Birckbichler_____
Butler Eagle

Sworn to and subscribed before me this ____5th____
Day of ____July____ 2020

_____Carolyn E. Ortiz_____
Notary Public

My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
CAROLYN E ORTIZ - Notary Public
Butler County
My Commission Expires Mar 25, 2023
Commission Number 1348650

**Copy of Notice or Publication**

LEGAL NOTICE
UNITED STATES
BANKRUPTCY COURT
FOR THE WESTERN
DISTRICT OF
PENNSYLVANIA
CASE NO.
16-24304-cmb
CHAPTER 13
In re: Theresa Kepple,
Debtor
Theresa Kepple,
Movant
vs.
U.S. Bank, NA & WF 19 Grantor Trust, & Butler County Tax Claim Bureau, and Ronda J. Winnecour, Trustee,
Respondents
NOTICE OF SALE
NOTICE IS GIVEN THAT Theresa Kepple has filed a Motion to Sell Real Property Free and Clear of All Mortgages, Liens and Encumbrances located at 229 Moran Road, Summit Township, Butler County, PA 16002, Parcel No. 290-L-1F100-9000000 and is to be sold for $129,000.
TERMS OF THE SALES ARE: Buyer must post a non-refundable deposit of $1,000.00 and closing by July 30, 2020. Higher/better offers to be considered at the sale hearing.
A TELEPHONIC hearing will be held on July 15, 2020 at 11:00 A.M. in the U.S. Bankruptcy Court before Judge Carlota M. Bohm in Court Room "B", 5400 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. The Court's Modified Telephonic Procedures shall be in effect.
If more information is needed, contact Sarah Smith, Howard Hanna Butler, 130 Bon Aire Plaza, Butler PA 16001, (724) 295-5105.

**Statement of Advertising Costs**

Law Offices of Shawn Wright

7240 McKnight Road

Pittsburgh, PA  15237

TO BUTLER EAGLE, Dr.
For publishing the notice or publication attached
Hereto on the above stated dates_____ $ 122.00

Probating same_____ $ 3.00

Total_____ $ 125.00

**Publisher's Receipt for Advertising Costs**

The EAGLE PRINTING COMPANY, publisher of the BUTLER EAGLE, a newspaper of general circulation, hereby acknowledge receipt of the above service and publication costs and certifies that the same have been duly paid.
EAGLE PRINTING CO., a Corporation, Publisher
Of BUTLER EAGLE, a Newspaper of General Circulation.

By _____

Case 16-24304-CMB    Doc 227    Filed 07/12/20    Entered 07/12/20 14:03:06    Desc Main
Document    Page 3 of 3

Bankruptcy Notice. Case Number: 16-24304-cmb. Debtor: Theresa Kepple

PAGE 1 OF 1

## Proof of Publication of Notice in Pittsburgh Legal Journal

*Commonwealth of Pennsylvania* }
} SS:
*County of Allegheny,* }

I, Melanie Goodwin, am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published by the Allegheny County Bar Association whose mailing address is 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and the image of the notice appearing to the right is the same as is published in the issue or issues of said legal newspaper on the following date or dates:

**Jul 2, 2020**

I further state that I am the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, and that I am not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication is true.

July 2, 2020
Date

_Melanie L. Goodwin_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

### Bankruptcy Notice

In the United States Bankruptcy Court
for the Western District of Pennsylvania
In re: Theresa Kepple, Debtor
Theresa Kepple, Movant
vs.
U.S. Bank, NA & WF 19 Grantor Trust, & Butler County Tax Claim Bureau and Ronda J. Winnecour, Trustee, Respondents
Case No. 16-24304-cmb
Chapter 13

**Notice of Sale**

Notice Is Given That Theresa Kepple has filed a Motion to Sell Real Property Free and Clear of All Mortgages, Liens and Encumbrances located at 229 Moran Road, Summit Township, Butler County, PA 16002, Parcel No. 290-L-1F100-9000000 and is to be sold for $129,000.

Terms Of The Sale Are: Buyer must post a non-refundable deposit of $1,000.00 and closing by July 30, 2020. Higher/better offers to be considered at the sale hearing.

A Telephonic hearing will be held on July 15, 2020 at 11 a.m. in the U.S. Bankruptcy Court before Judge Carlota M. Bohm in Court Room "B", 5400 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. The Court's Modified Telephonic Procedures shall be in effect.

If more information is needed, contact Sarah Smith, Howard Hanna Butler, 130 Bon Aire Plaza, Butler, PA 16001, 724-295-5105.

20-02550 Jul 2, 2020

---

Shawn N. Wright
Law Office of Shawn N. Wright, P.C.
7240 McKnight Road
Pittsburgh, PA 15237

---

**Statement of Advertising Cost**

For publishing the notice or advertisement on the above stated dates... $243.80
Proof Fees............................................... $0.00
Total................................................... $243.80

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 20-02550