# PROCEEDING MEMO

**Date: 07/15/2020 11:00 am**

**In re:   Theresa Kepple**

        **Bankruptcy No. 16-24304-CMB**
        **Chapter: 13**
        **Doc. # 208**

**Telephonic Appearances:  Owen Katz, Shawn N. Wright, Joshua I. Goldman, James C. Warmbrodt**

**Nature of Proceeding: #208 Motion to Sell Property Free and Divested of Liens**

**Additional Pleadings: Certificate of Service;  #213 Order re. Telephonic Procedures; #223 Response by NewRez LLC;  #225 Limited Response by Specialized Loan Servicing LLC;  #227 Proof of Publication in Pittsburgh Legal Journal and Butler Eagle**

**Judge's Notes:**
 - Warmbrodt: only concern was to be sure the proceeds were sufficient and advised the proceeds are sufficient.
 - Goldman: satisfied with proposal.
 - No other objections. Sale advertised. No higher or better offers. Found to be good faith purchasers.
 OUTCOME: Sale confirmed. Counsel to submit revised proposed order by tomorrow.

FILED
7/16/20 7:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**