**Date: 09/16/2020 10:00 am**

**In re:    Theresa Kepple**

**Bankruptcy No. 16-24304-CMB**
**Chapter: 13**
**Doc. # 202**

**Telephonic Appearances:** Kate DeSimone, Joshua I. Goldman, Shawn N. Wright

**Nature of Proceeding:** #202 Motion of NewRez LLC for Relief from Automatic Stay and the Co-Debtor Stay (re. 228 Moran Rd.)

**Additional Pleadings:** Certificate of Service;  #206 Response by Debtor;  #215 Consent Motion to Continue Hearing;  #217 Order Continuing Hearing

**Judge's Notes:**
- Wright: Client requests a little time as she moved in to 228 Moran Road and would like to seek loan mod. Seek to enter into stip re this motion.
- Goldman: Have concerns because of missed payments and significant delinquencies.
OUTCOME:
- Matter continued to see if parties can enter into stip and go through LMP.
- Continued to Oct 28th at 10am.
- Directed to have 1 hour telephone call to try to reach stip potentially with drop dead language. If stip filed, the hearing may not have to be held.

FILED
9/16/20 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
```

In re:                                                          Case No. 16-24304-CMB
Theresa Kepple                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric            Page 1 of 1            Date Rcvd: Sep 16, 2020
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db             #+Theresa Kepple,    229 Moran Road,    Butler, PA 16002-9239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for U.S. Bank, N.A.
               as trustee for Home Equity Loan Trust 1998-C bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Plaintiff Theresa  Kepple shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
              Shawn N. Wright    on behalf of Debtor Theresa  Kepple shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                                              TOTAL: 10