# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: THERESA KEPPLE
- Case Number: 16-24304-CMB   Chapter: 13
- Date / Time / Room: THURSDAY, SEPTEMBER 24, 2020 09:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#40 - Final Confirmation of Plan Dated 12/6/2017 (NFC)
R / M #: 40 / 0

FILED
9/30/20 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Appearances:**

Debtor: Wright
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1-14-21 at 9:00.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ✓ Other:

continuing for LMP on 228 Morgan St.

9/16/2020   3:52:23PM