```
                  UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF PENNSYLVANIA


IN RE:                              :    Case No.: 16-24304-cmb
Theresa Kepple,                     :
          Debtor                    :    Chapter 13
New Rez LLC d/b/a                   :
Shellpoint Mortgage Servicing,      :
          Movant                    :
Vs.                                 :    Related to Doc. No.202,243
Theresa Kepple and                  :
Ronda J. Winnecour, Trustee         :
          Respondent                :
```

### ORDER OF COURT

AND NOW, this ___28th___ day of ___October___, 2020, IT IS ORDERED that the hearing scheduled for October 28, 2020 at 10 am on the Motion for Relief from Automatic Stay shall be continued to January 27, 2021 at 10:00 A.M. via the Zoom Video Conference Application ("Zoom").

To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

CONSENTED TO:

/s/ Shawn N. Wright
Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA 15237
412-920-6565; PA #64103
*Counsel for Debtor, Theresa Kepple*
shawn@shawnwrightlaw.com


/s/Joshua I. Goldman
Joshua I. Goldman, Esquire

_____ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
10/28/20 8:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Counsel for New Rez LLC
Attorney I.D. No.
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
850-422-2520
josh.goldman@padgettlawgroup.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24304-CMB |
| Theresa Kepple | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Theresa Kepple, 229 Moran Road, Butler, PA 16002-9239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Ditech Financial LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for U.S. Bank  N.A. as trustee for Home Equity Loan Trust 1998-C bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com
    kevin.shatley@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Debtor Theresa Kepple shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Plaintiff Theresa Kepple shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 10