# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

- **Debtor:** THERESA KEPPLE
- **Case Number:** 16-24304-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 14, 2021 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

#40 - Final Confirmation of Plan Dated 12/6/2017 (NFC)
R / M #:  40 / 0

FILED
1/22/21 5:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Appearances:* Wright

- Debtor:
- Trustee: (Winnecour) / Pail / Katz / DeSimone
- Creditor:

*Proceedings:*

Outcome: continued for amended plan

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ___ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 1/28/21.
   Objections are due on or before 2-15-21.
   A hearing on the Amended Plan is set for 2-25-21 at 9:30 A.M.
9. ___ Contested Hearing: _____ at _____.
10. ___ Other: