Form 202

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Theresa Kepple**
   Debtor(s)

Bankruptcy Case No.: 16–24304–CMB
Related to Doc. No. 252
Chapter: 13
Docket No.: 253 – 252
Concil. Conf.: April 29, 2021 at 09:00 AM

## ORDER SCHEDULING DATES FOR HEARING ON
## AND OBJECTION TO AMENDED PLAN DATED February 24, 2021

     **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

     *On or before March 29, 2021,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

     *On April 29, 2021 at 09:00 AM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: February 26, 2021

cm: Proponent of the Amended Plan

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24304-CMB |
| Theresa Kepple | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Feb 26, 2021 | Form ID: 202 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

**Recip ID         Recipient Name and Address**
db              #+  Theresa Kepple, 229 Moran Road, Butler, PA 16002-9239

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

**Name**                **Email Address**

Andrew L. Spivack
    on behalf of Creditor Ditech Financial LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Brian Nicholas
    on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Ditech Financial LLC as servicer for U.S. Bank  N.A. as trustee for Home Equity Loan Trust 1998-C bnicholas@kmllawgroup.com

| District/off: 0315-2 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 202 | Total Noticed: 1 |

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com
    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Debtor Theresa Kepple shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Plaintiff Theresa Kepple shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 10