# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** THERESA KEPPLE
- **Case Number:** 16-24304-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 25, 2021 09:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/2/21 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

# - Amended Plan Due: 1/28/2021 (NFC)
+Per Order Entered 1/22/2021 Amended Plan NOT filed
R/M#:  0 / 0

### *Appearances:*

Debtor: Wright
Trustee: Winnecour / Pail / Katz / DeSimone   Warmbrodt

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: AP was filed 2/24/21 doc 252; waiting for court to schedule conciliation

2/17/2021  10:55:51AM