**Date: 03/15/2021 10:00 am**

In re:    Theresa Kepple

                                                    **Bankruptcy No. 16-24304-CMB**
                                                    **Chapter: 13**
                                                    **Doc. # 202**

**Appearances:  Ronda Winnecour,  Joshua I. Goldman, Shawn N. Wright**

**Nature of Proceeding: #202 Continued Motion of NewRez LLC for Relief from Automatic Stay and the Co-Debtor Stay (re. 228 Moran Rd.)**

**Additional Pleadings:  #206 Response by Debtor (filed previously)**

**Judge's Notes:**
 -Goldman: Been communicating with Attorney Wright and we agreed to have this case voluntarily dismissed. Attorney Wright will be filing new case.
 -Wright: Problem with this case is high amount of arrears. Would benefit from starting fresh with new case. Request dismissal without prejudice.
 -Winnecour: Not sure in agreement. Case may have to be converted.
 OUTCOME: Continued to 4/27 at 1:30 pm.
 -Attorney Wright to file motion to dismiss if he chooses to do so. He will self-schedule hearing for 4/27 at 1:30 pm. Parties to be prepared to discuss conversion or dismissal.

                                                    **Carlota Böhm**
                                                    **Chief U.S. Bankruptcy Judge**

        FILED
        3/15/21 3:27 pm
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24304-CMB |
| Theresa Kepple | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Mar 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Theresa Kepple, 229 Moran Road, Butler, PA 16002-9239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Ditech Financial LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for U.S. Bank N.A. as trustee for Home Equity Loan Trust 1998-C bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Mar 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com
    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Debtor Theresa Kepple shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Plaintiff Theresa Kepple shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 10