# PROCEEDING MEMO

**Date: 04/27/2021 01:30 pm**

**In re:** Theresa Kepple

                                           **Bankruptcy No. 16-24304-CMB**
                                           **Chapter: 13**
                                           **Doc. # 202**

**Appearances:** Owen Katz, Joshua I. Goldman, Shawn N. Wright

**Nature of Proceeding: #202 Continued Motion of NewRez LLC for Relief from Automatic Stay and the Co-Debtor Stay (re. 228 Moran Rd.)**

**Additional Pleadings: #206 Response by Debtor (filed previously)**

**Judge's Notes:**
-Attorney Wright indicated he was going to file motion to dismiss and had reached an agreement with Trustee.
OUTCOME: Continued to 6/8 at 1:30 pm.
-Attorney Wright to file motion to dismiss and stipulation reached with Trustee as soon as possible.
-Attorney Wright should self-schedule those matters for 5/25 at 1:30 pm. Can be defaulted if CNO is filed. If case is dismissed, this motion will be moot.

FILED
4/28/21 7:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Theresa Kepple  
    Debtor

Case No. 16-24304-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 2  
Date Rcvd: Apr 28, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Theresa Kepple, 229 Moran Road, Butler, PA 16002-9239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | |
| | on behalf of Creditor Ditech Financial LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Ditech Financial LLC as servicer for U.S. Bank N.A. as trustee for Home Equity Loan Trust 1998-C bnicholas@kmllawgroup.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com
    angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Debtor Theresa Kepple shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Plaintiff Theresa Kepple shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 10