# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** THERESA KEPPLE
- **Case Number:** 16-24304-CMB      **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 29, 2021 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#252 - Amended Plan Dated 2/24/2021 (NFC)
(APPEARS UNSERVED)
R / M #: 252 / 0

FILED
5/3/21 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Appearances:**

- Debtor: Wright
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____. Objections are due on or before _____. A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 5/25/21 at 1:30.
10. ____ Other:

Handwritten note: Case is pending on anticipated consented to Motion to dismiss. Continued to date scheduled for hearing on motion to dismiss as set at Doc 258. If motion to dismiss is granted, hearing becomes moot.

4/19/2021  10:52:44AM