```
                    UNITED STATES BANKRUPTCY COURT
               FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    Case No.: 16-24304-cmb
Theresa Kepple,                     :
                Debtor              :    Chapter 13
Theresa Kepple, Movant              :
Vs.                                 :
Ronda J. Winnecour, Trustee         :
                Respondent:
```

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2021, IT IS ORDERED that the instant case is dismissed without prejudice.  In accordance with the authority in 11 U.S.C. §349(b), and on the agreement of the Debtor and Trustee, the Trustee shall distribute $8,000 to non-priority timely filed general unsecured creditors. This distribution authorization supersedes any limitation in any prior interim or final confirmation Order.  Any balance on hand in excess of the $8,000 shall be refunded to the Debtor.

BY THE COURT:

_____J.

*/s/ Shawn N. Wright*
Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA  15237
412-920-6565; PA #64103
*Counsel for Debtor, Theresa Kepple*
shawn@shawnwrightlaw.com


Owen Katz, Staff Attorney
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh  PA  15219
(412) 471-5566 x3124
Fax (412) 471-5470; PAID# 36473

Email: okatz@chapter13trusteewdpa.com

```
Case Administrator to mail to:
     Debtor
     Counsel
```