Form 171

# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

Case No.: 16−24304−CMB
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Theresa Kepple
   229 Moran Road
   Butler, PA 16002

Social Security No.:
   xxx−xx−7861

Employer's Tax I.D. No.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on 5/21/21.

Dated: 5/21/21

                              Michael R. Rhodes
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24304-CMB |
| Theresa Kepple | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 3 |
| Date Rcvd: May 21, 2021 | Form ID: 171 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Theresa Kepple, 229 Moran Road, Butler, PA 16002-9239 |
| cr | + | Ditech Financial LLC, Ditech Financial LLC, 1400 Turbine Drive Suite 200, Rapid City, SD 57703, US 57703-4719 |
| r | + | Jack N. Fields, Berkshire Hathaway TPR, 1629 North Main Street Extension, Butler, PA 16001-1512 |
| r | + | Sarah Smith, Howard Hanna Butler, 130 Bon Aire Plaza, Butler, PA 16001-1981 |
| cr | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Villlage, CO 80111-4720 |
| 14758393 | + | AAS Debt Recovery, PO Box 129, Monroeville PA 15146-0129 |
| 14324231 | + | Butler County Tax Claim Bureau, ATTN: Janet L. Mental, PO Box 1208, Butler, PA 16003-1208 |
| 14324232 | + | Ditech Mortgage, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 15229852 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14324233 | | Northstar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 15351450 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14324234 | + | Northwest Consumer Discount Co., PO Box 2169, Butler, PA 16003-2169 |
| 15163409 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14381628 | | U.S. Bank, N.A. as trustee for Home Equity Loan, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14385576 | + | WF 19 Grantor Trust, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14346140 | | EDI: GMACFS.COM | May 22 2021 03:03:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14324230 | + | EDI: GMACFS.COM | May 22 2021 03:03:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14373395 | + | Email/Text: bankruptcy@cavps.com | May 22 2021 01:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14758395 | + | EDI: CCUSA.COM | May 22 2021 03:03:00 | Credit Collection USA, P.O. Box 873, Morgantown WV 26507-0873 |
| 14379386 | | EDI: DIRECTV.COM | May 22 2021 03:03:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14758396 | + | EDI: CBSAMERIMARK | May 22 2021 03:03:00 | Dr. Leonards, 1112 7th Avenue, Monroe WI 53566-1364 |
| 14337478 | + | EDI: DRIV.COM | May 22 2021 03:03:00 | Santander Consumer USA, PO BOX 961245, Fort Worth, Texas 76161-0244 |
| 14324235 | + | EDI: DRIV.COM | May 22 2021 03:03:00 | Santander Financial, 8585 North Stemmons Freeway, Dallas, TX 75247-3822 |

TOTAL: 8

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2021 | Form ID: 171 | Total Noticed: 23 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | Ditech Financial LLC as servicer for U.S. Bank, N. |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| 15229860 | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14385599 | * | U.S. Bank, N.A. as trustee for Home Equity Loan, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14758394 | ##+ | Citifinancial, P.O. Box 499, Hanover MD 21076-0499 |
| 14758397 | ##+ | Penn Credit Corporation, P.O. Box 988, Harrisburg PA 17108-0988 |

TOTAL: 4 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Ditech Financial LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for U.S. Bank N.A. as trustee for Home Equity Loan Trust 1998-C bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Plaintiff Theresa Kepple shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor Theresa Kepple shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

| District/off: 0315-2 | User: dsaw | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2021 | Form ID: 171 | Total Noticed: 23 |

TOTAL: 10