**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/17/2021

IN RE:

| | |
|---|---|
| THERESA KEPPLE<br>550 KECK ROAD<br>BUTLER, PA 16002<br>XXX-XX-7861          Debtor(s) | Case No. 16-24304 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/17/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Int % / Account | Cred Desc |
|---|---|---|---|
| **BUTLER COUNTY TAX CLAIM BUREAU**<br>POB 1208*<br>BUTLER, PA 16003-1208 | Trustee Claim Number: 1<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 2600@10%/PL*STAT ISSUE!*15/SCH-PL | INT %: 0.00%<br>ACCOUNT NO.: 009D | SECURED CREDITOR |
| **BUTLER COUNTY TAX CLAIM BUREAU**<br>POB 1208*<br>BUTLER, PA 16003-1208 | Trustee Claim Number: 2<br>Court Claim Number: 5<br>CLAIM: 2,203.65<br>COMMENT: 290-1F100-12B-0000;15,16*1100@10%~15/PL*STAT ISSUE! | INT %: 9.00%<br>ACCOUNT NO.: 012B | SECURED CREDITOR |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 3<br>Court Claim Number: 8<br>CLAIM: 9,594.25<br>COMMENT: PMT/CONF*52152@5%MDF/PL@DITECH MTG*1ST/SCH*W/9*FR US BK-DOC 186*Cl | INT %: 5.00%<br>ACCOUNT NO.: 5448 | MORTGAGE PAID IN FULL |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 4<br>Court Claim Number: 10<br>CLAIM: 20,861.57<br>COMMENT: PMT/CONF*20861@5%MDF/PL@DITECH*1ST/SCH*W/10*FR US BK-DOC 188 | INT %: 5.00%<br>ACCOUNT NO.: 5451 | MORTGAGE PAID IN FULL |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 5<br>Court Claim Number: 4<br>CLAIM: 565.52<br>COMMENT: NO$~NO ACCT~REPO/SCH*DFNCY BAL | INT %: 0.00%<br>ACCOUNT NO.: 1500 | UNSECURED CREDITOR |
| **ALLY FINANCIAL****<br>C/O ALLY SERVICING LLC<br>PO BOX 78369<br>PHOENIX, AZ 85062-8369 | Trustee Claim Number: 6<br>Court Claim Number: 3<br>CLAIM: 8,610.72<br>COMMENT: DFNCY BAL | INT %: 0.00%<br>ACCOUNT NO.: 3871 | UNSECURED CREDITOR |
| **NORTHWEST BANK S/B/M NORTHWEST CDC****<br>PO BOX 337<br>100 LIBERTY ST<br>WARREN, PA 16365 | Trustee Claim Number: 7<br>Court Claim Number: 1-2<br>CLAIM: 3,773.55<br>COMMENT: NO ACCT/SCH*AMD | INT %: 0.00%<br>ACCOUNT NO.: 3314 | UNSECURED CREDITOR |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 8<br>Court Claim Number: 2<br>CLAIM: 9,411.30<br>COMMENT: NO SEC/SCH*REPO/DFNCY BAL? | INT %: 0.00%<br>ACCOUNT NO.: 1864 | UNSECURED CREDITOR |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 9<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: 2k/PL@DITECH MTG*NON%*1ST/SCH*W/3*FR US BK-DOC 186 | INT %: 0.00%<br>ACCOUNT NO.: 5448 | MORTGAGE PAID IN FULL |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 10<br>Court Claim Number: 10<br>CLAIM: 16,791.67<br>COMMENT: 2600/PL@DITECH*NON%*1ST/SCH*W/4*FR US BK-DOC 188 | INT %: 0.00%<br>ACCOUNT NO.: 5451 | MORTGAGE PAID IN FULL |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/3,9*CL @ 5051.10 W/D | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5448 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 10,625.12<br>COMMENT: NT/SCH*FORD*DFNCY BAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7922 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 688.77<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9765 |
| **SPECIALIZED LOAN SVCNG LLC - AGENT FOR A**<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 0.00<br>COMMENT: NT/SCH-PL*FR WF 19-DOC 167*CL=8332.06 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 5954 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/3,9*CL @ 650 W/DRAW | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5448 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/4,10*CL @ 650 W/DRA | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5451 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br>MONROEVILLE, PA 15146 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIRST COMM BK*/AMD F | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIFINANCIAL****<br>605 MUNN RD<br>ATTN PAYMENT PROCESSING<br>FT MILL, SC 29715 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*/AMD F | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH* /AMD F | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DR LEONARDS**<br>PO BOX 7821<br>EDISON, NJ 08818 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*/AMD F | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA  17108 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /AMD F | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SPECIALIZED LN~WILMINGTON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DITECH FNCL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PADGETT LAW GROUP**<br>6267 OLD WATER OAK RD STE 203<br><br>TALLAHASSEE, FL  32312 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NEW RES~SHELLPOINT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **RONDA J WINNECOUR PA ID #30399\*\***<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br><br>CLAIM:  2,514.38<br>COMMENT:  SEE DKT FOR DETAILS | CRED DESC:  FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.:  $/OE |